Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 03 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAN WAYNE STREETMAN,

    Defendant.

2:16-CR-78-RMP

INDICTMENT

Vio: 18 U.S.C. § 2251(a)
Production of Child
Pornography (Counts 1-3)

18 U.S.C. § 2423(a)
Transportation with Intent to
Produce Child Pornography
(Count 4)

18 U.S.C. § 2252A(a)(5)(B)
Possession of Child
Pornography (Count 5)

18 U.S.C. § 2253
Notice of Forfeiture
Allegations

The Grand Jury Charges:

COUNT 1

(Production of Child Pornography)

On or about August 25, 2011, within the Eastern District of Washington, the Defendant, DAN WAYNE STREETMAN, did knowingly employ, use, persuade,

INDICTMENT - 1
Indictment

induce, entice, and coerce any minor to wit: Victim A, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and using materials that have been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 2

(Production of Child Pornography)

From on or about May 2, 2014 and continuing until on or about June 28, 2014, within the Eastern District of Washington, the Defendant, DAN WAYNE STREETMAN, did knowingly employ, use, persuade, induce, entice, and coerce any minor to wit: Victim B, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and using materials that have been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 3

(Production of Child Pornography)

From on or about November 17, 2013 and continuing until on or about June 5, 2015, within the Eastern District of Washington, and elsewhere, the Defendant, DAN WAYNE STREETMAN, did knowingly employ, use, persuade, induce, entice, and coerce any minor to wit: Victim C, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and using materials that have been mailed, shipped,

INDICTMENT - 2
Indictment

and transported in and affecting interstate commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a) and (e).

COUNT 4

(Transportation of Minor to Produce Child Pornography)

On or about June 18, 2015, in the Eastern District of Washington, and elsewhere, the Defendant, DAN WAYNE STREETMAN, did knowingly transport Victim C, a child who had not attained the age of 18 years, in interstate commerce, with the intent that Victim C engage in sexual activity for which a person can be charged with a criminal offense, to wit: production of child pornography, as defined in 18 U.S.C. § 2256(8), all in violation of 18 U. S. C. § 2423(a) and § 2427.

COUNT 5

(Possession of Child Pornography)

On or about August 26, 2015, within the Eastern District of Washington, the Defendant, DAN WAYNE STREETMAN, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, and which visual depictions were of such conduct; that has been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including computer, all in violation of 18 U.S.C.§ 2252A(a)(5)(B).

NOTICE OF FORFEITURE ALLEGATIONS

Upon conviction of the offense(s) alleged in Counts 1 through 5 of this Indictment, Defendant, DAN WAYNE STREETMAN, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to:

1. one (1) Acer Aspire Computer and Tower, Model XC-603G-UW30, Serial Number DTSUVAA00140402C6C3000, and
2. one (1) Nokia Cell Phone.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated

INDICTMENT - 4
Indictment

by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

DATED this __3__ day of May 2016.

A TRUE BILL

Foreperson

_____
MICHAEL C. ORMSBY
United States Attorney


_____
Stephanie J. Lister
Assistant United States Attorney

INDICTMENT - 5
Indictment