UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>DAN WAYNE STREETMAN,<br><br>                     Defendant. | NO: 2:16-CR-78-RMP<br><br>ORDER GRANTING EXPEDITED MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the Government's Motion for a Protective Order, ECF No. 24. The Court has reviewed the motion, the record, and is fully informed.

Absent any objection from defense counsel, the Court finds good cause to issue a protective order in this case.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Government's Motion for a Protective Order, **ECF No. 24**, is **GRANTED**.

2. The parties shall be bound by the following provisions:

\\

ORDER GRANTING EXPEDITED MOTION FOR PROTECTIVE ORDER ~ 1

**PROTECTIVE ORDER**

**IT IS HEREBY ORDERED**, that the privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case, thus;

**IT IS FURTHER ORDERED** that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall:

 1. Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

 2. Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information;

**IT IS FURTHER ORDERED** that all papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order, and that the person who makes the filing shall submit to the clerk of the court –

 1. the complete paper to be kept under seal; and

 2. the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

ORDER GRANTING EXPEDITED MOTION FOR PROTECTIVE ORDER ~ 2

**IT IS FURTHER ORDERED** that counsel for the Government and counsel for Defendant shall provide one another with a copy of each unredacted pleading filed in this case, provided that such pleading is not filed in camera.

**IT IS FURTHER ORDERED** that the parties and the witnesses shall not disclose either alleged minor victims' names at pre-trial proceedings or at trial in this case. The parties shall prepare their witnesses and instruct them to refer to the alleged minor victims only by using pseudonyms (e.g., "Victim A," "Victim B," etc.) which will be agreed to by counsel, rather than their names, in opening statements and in closing arguments.

**DATED** this 1st day of July 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING EXPEDITED MOTION FOR PROTECTIVE ORDER ~ 3